IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ISHMAEL DELANEY,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**JAMES E. TILTON, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 1:07-cv-1219 LJO DLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

**GOOD CAUSE APPEARING**, and upon the stipulation of the parties, the Court grants the parties' request to extend time for Defendants to file a responsive pleading to January 11, 2008.

IT IS SO ORDERED.

Dated:   **November 21, 2007**　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE