IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL DELANEY,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>JAMES E. TILTON, Secretary, California Department of Corrections; JAMES A. YATES, Warden, Pleasant Valley State Prison; ANGEL RAMIREZ, JR., an individual and DOES 1 through 25, inclusive,<br><br>　　　　Defendant(s). | CIV F 07-1219 LJO DLB<br><br>STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING OF DEFENDANTS' MOTION TO DISMISS<br><br>Hearing:　March 14, 2008<br>Time:　　9:00 AM<br>Courtroom: The Hon. Dennis L. Beck |

　　　　Pursuant to Local Rule 6-144 of the United States District Court for the Eastern District of California, Plaintiff Ishmael Delaney, through counsel Jo Hoenninger, and Defendants Tilton and Yates, through their counsel, Todd Darrow Irby, agree to reschedule the hearing of Defendants' Motion to Dismiss to March 14, 2008 at 9:00 AM in courtroom 9, the Hon. Dennis L. Beck presiding.

/ / /

/ / /

/ / /

1

Rescheduling is necessary because Ms. Hoenninger has a deposition in San Jose, California on February 14, 2008 that may extend into February 15, 2008, the date on which the motion was previously scheduled to be heard.

DATED: January 28, 2008

HOENNINGERLAW

By: _____/s/Jo Hoenninger_____

    Jo Hoenninger

    Attorney for Plaintiff

DATED:                January 28, 2008

By: /s/ Todd Darrow Irby

    Todd Darrow Irby

Attorney for Defendants Tilton, Yates

    IT IS SO ORDERED.

**Dated:   January 28, 2008**            **_/s/ Dennis L. Beck_**
                                                    UNITED STATES MAGISTRATE JUDGE