Harry Stern (SBN 176854)
Lilli Hitt (SBN 203549)
**RAINS LUCIA STERN, PC**
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Tel:  (925) 609-1699
Fax:  (925) 609-1690
Email: lhitt@rlslawyers.com

Attorneys for Defendant
ANGEL RAMIREZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ISHMAEL DELANEY,** | CIV F 07-1219 LJO DLB |
| Plaintiff, | **ORDER TO RESCHEDULE HEARING OF DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| **JAMES E. TILTON, Secretary, California Department of Correctons: JAMES A. YATES, Warden, Pleasant Valley State Prison; ANGEL RAMIREZ, JR., an individual and DOES 1 through 25, inclusive** | Hearing:   March 14, 2008<br>Time: 9:00 a.m.<br>Courtroom:  The Hon. Dennis L. Beck |
| Defendants | |

**GOOD CAUSE APPEARING** and upon stipulation of the parties, the Court hereby grants Defendant Ramirez' request to continue the date of the hearing of the various Defendants' Motions to Dismiss to March 28, 2008.

**IT IS SO ORDERED.**

Dated: 25 February 2008                    __/s/ *Dennis L. Beck*_____
                                            United States Magistrate Judge

1
PROPOSED ORDER TO RESCHEDULE HEARING OF DEFENDANTS' MOTION TO DISMISS