UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL DELANEY,<br><br>   Plaintiff,<br><br>   v.<br><br>JAMES E. TILTON, et al.,<br><br>   Defendants. | 1: 07 CV F 1219 LJO DLB<br><br>ORDER GRANTING WITHDRAWAL OF MOTION TO DISMISS FILED BY DEFENDANT RAMIREZ JR.<br><br>(DOC # 31) |

**GOOD CAUSE APPEARING**, the Court hereby grants defendant Ramirez's request to withdraw his Motion to Dismiss for Failure to Exhaust Administrative Remedies (Doc. 13). This matter shall be removed from the Court's March 28, 2008 hearing calendar.

**IT IS SO ORDERED.**


IT IS SO ORDERED.

   Dated:   **March 24, 2008**              **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE