# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL DELANEY, | ) CASE NO.: 1:07-cv-1219 LJO DLB PC |
| Plaintiff, | ) ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANT TILTON AND YATES' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, WITH LEAVE TO AMEND |
| v. | |
| JAMES E. TILTON, et al., | |
| | ) (Doc. 10) |
| Defendants. | |

Plaintiff Ishmael Delaney has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 1, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 1, 2008, is adopted in full; and

1

2. Defendants' motion to dismiss for failure to state a claim as against defendants Tilton and Yates, filed January 1, 2008, is GRANTED. Plaintiff's request for leave to file an amended complaint is also GRANTED.

IT IS SO ORDERED.

Dated:   **July 21, 2008**               /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE