EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Acting Senior Assistant Attorney General
ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5388
 Fax: (916) 324-5205
 Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants Tilton and Yates

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ISHMAEL DELANEY,** | 1:07-cv-1219 LJO DLB PC |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| **JAMES E. TILTON, et al.,** | |
| Defendants. | |

Good cause appearing, the parties' stipulation for an extension of time is approved and

IT IS ORDERED that Defendants Tilton and Yates are granted an extension of time to respond to the First Amended Complaint. Defendants Tilton and Yates shall file a response within thirty days of the Court issuing an Order adopting the Findings and Recommendations filed in this action on May 1, 2008.

IT IS SO ORDERED.

Dated: **July 21, 2008**        **/s/ Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE

1