1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8

| | | |
|---|---|---|
| ISHMAEL DELANEY, | ) | 1:07-cv-1219 LJO DLB |
| | ) | |
| | ) | ORDER GRANTING MOTION TO EXTEND |
| | ) | TIME TO FILE OPPOSITION |
| Plaintiff, | ) | |
| | ) | (Doc. 47) |
| v. | ) | |
| | ) | ORDER CONTINUING MOTION DATE |
| JAMES E. TILTON, et al., | ) | |
| | ) | **Motion To Quash:** |
| | ) | |
| | ) | September 5, 2008 at 9:00AM, in Courtroom 9, |
| Defendants. | ) | before Magistrate Judge Dennis L. Beck |
| | ) | |
| | ) | |

9

10

11

12

13

14

15

16

17

18       Plaintiff Ishmael Delaney is a prisoner proceeding in this civil rights action pursuant to 42

19  U.S.C. §1983.  This action is proceeding against defendants Tilton, Yates and Ramirez.  Defendant

20  Ramirez is separately represented from defendants Tilton and Yates.

21       A motion to quash is currently scheduled for August 1, 2008 at 9:00 A.M.  On July 30, 2008,

22  defendant Angel Ramirez Jr. filed a motion to extend time to file an opposition to the motion to

23  quash.  (Doc. 47).  Defendant Ramirez further requests that the motion to quash be continued to

24  September 5, 2008.

25       Counsel for defendant Ramirez states that she was could find no record of being served with

26  the Motion to Quash, and was unaware, prior to July 29, 2008, that a motion to quash had been filed.

27  (Court Doc. 48).

28  ///

1

1    Having reviewed the court record, it appears that on June 18, 2008, counsel for defendants

2  Tilton and Yates inadvertently terminated the designation of counsel for service for defendant

3  Ramirez - perhaps explaining why counsel for defendant Ramirez was unaware of the pending

4  motion to quash. (Court Doc. #37).

5    Good cause having been presented and good cause appearing therefor, defendant Ramirez's

6  motion to extend time to file an opposition is HEREBY GRANTED.

7    CDCR's Motion to Quash is HEREBY CONTINUED to **September 5, 2008 at 9:00 A.M.**

8  Any oppositions thereto must be filed pursuant to the time provided in Local Rule 78-230.

9

10    IT IS SO ORDERED.

11    **Dated:   July 31, 2008**                    **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28