UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL DELANEY, | 1: 07 CV F 1219 LJO DLB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND CERTAIN DEFENDANTS |
| v. | |
| JAMES E. TILTON, et al., | |
| Defendants. | (Doc. 64) |

Plaintiff Ishmael Delaney, a state prisoner, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 19, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On December 19, 2008, Plaintiff's counsel filed an Objection. Counsel for defendants Yates and Tilton ("Defendants") did not file an objection. Defendant Ramirez Jr., who is separately represented, did not participate in the motion and did not file an objection.

///

///

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

4    In Plaintiff's objections, Plaintiff has also requested leave to file an amended complaint to name additional personnel who are described, but not specifically named, in the amended complaint. (Doc. 65, p.14). Plaintiff has requested leave to amend to add additional defendants at an improper stage of the proceedings. New arguments are not properly raised for the first time in objections to Findings and Recommendations. <u>Greenhow v. Secretary of HHS</u>, 863 F.2d 633, 638-39 (9th Cir. 1988), *overruled on other grounds by* <u>United States v. Hardesty</u>, 977 F.2d 1347 (9th Cir.1992). Plaintiff may not combine a motion with the objections. Therefore, Plaintiff's request is denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 19, 2008, is adopted in full;
2. Defendants' motion to dismiss for failure to exhaust administrative remedies prior to filing suit, filed August 27, 2008, is GRANTED and the federal claims against Defendants Yates and Tilton are dismissed without prejudice;
3. Defendants' motion to dismiss for failure to state any claims upon which relief may be granted, filed August 27, 2008, is DISREGARDED;
4. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims against Defendants Tilton and Yates and these claims are dismissed from this action without prejudice; and
5. Defendants Yates and Tilton are dismissed from this action. This action shall proceed only against defendant Ramirez Jr.

IT IS SO ORDERED.

**Dated:    December 24, 2008**                /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE