UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL DELANEY, | Case No.: 1: 07-CV-1219 LJO DLB PC |
| Plaintiff, | ORDER REQUIRING STATUS REPORT |
| v. | |
| JAMES E. TILTON, et al., | |
| Defendants. / | |

Plaintiff Ishmael Delaney ("Plaintiff"), a state prisoner, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  On January 8, 2009, Plaintiff filed a motion to modify the Scheduling Order/Discovery Order.[1] (Doc. 67).  In support of the motion, Plaintiff states that as of January 8, 2009, neither Plaintiff nor defendant Ramirez Jr. has received any documents from the California Department of Corrections and Rehabilitation ("CDCR"), a non-party to this action,  in response to Defendant Ramirez Jr's subpoena dated May 7, 2008.  (Doc. 67, Hoenninger Decl., ¶¶3-4).

On September 18, 2008, this Court issued an order on CDCR's motion to quash and ordered CDCR to produce certain documents by way of protective order. (Doc. 58).

---

[1] Plaintiff's motion was granted by separate order.

CDCR is HEREBY ORDERED to file a status report within twenty (20) days of service of this order.

IT IS SO ORDERED.

Dated: **February 9, 2009**     /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE