# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL DELANEY, | CASE NO. 1:07-cv-01219 LJO DLB PC |
| Plaintiff, | ORDER SETTING TELEPHONIC CONFERENCE |
| v. | |
| JAMES E. TILTON, et al., | |
| Defendants. | |

Plaintiff Ishmael Delaney has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On April 13, 2009, Defendant Santiago filed a motion to dismiss the claims against him. (Doc. 86.) On May 19, 2009, the Magistrate Judge issued Findings and Recommendations in this matter. On July 7, 2009, the District Court Judge adopted the Findings and Recommendations, which granted defendant Santiago's motion in part and disregarded the motion in part. Based on the District Court's order, this action is proceeding only against defendant Ramirez Jr.[1]

Accordingly, the Court sets a telephonic status conference for September 2, 2009 at 10:00 a.m. before the undersigned to discuss deadlines for conducting discovery and filing dispositive motions, along with any other appropriate matters. A joint scheduling report, prepared and executed by all counsel, shall be electronically filed in CM/ECF one (1) full week prior to the status conference.

IT IS SO ORDERED.

Dated: **July 9, 2009**          **/s/ Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE

---

[1] On March 6, 2009, summonses were issued as to E.H. Beels and Atley, neither of whom have yet appeared in this action. (Doc. 81.)

1