| | |
|---|---|
| 1 | JO HOENNINGER (Bar No. 205222)<br>HOENNINGERLAW |
| 2 | 2358 Market St.<br>San Francisco, California 94114 |
| 3 | Telephone: (415) 816-0440<br>Fax: (866) 671-0096 |
| 4 | Email: Jo@HLawSF.com |
| 5 | Attorney for Plaintiff<br>ISHMAEL DELANEY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

**ISHMAEL DELANEY**

                Plaintiff,

vs.

**JAMES E. TILTON**, Secretary, California Department of Corrections; **JAMES A. YATES**, Warden, Pleasant Valley State Prison; **ANGEL RAMIREZ, JR.**, an individual and DOES 1 through 25, inclusive,

                Defendants.

CASE NO. 1:07-CV-1219 LJO DLB

**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANTS ATLEY AND BEELS WITHOUT PREJUDICE**

Date Action Filed:   August 21, 2007

Magistrate Judge:   The Hon. Dennis L. Beck
Courtroom:   9

---

STIPULATION AND PROPOSED ORDER TO DISMISS DEFS. ATLEY AND BEELS      1:07-cv-1219 LJO DLB

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendants Atley and E.H. Beels (and <u>only</u> Atley and E.H. Beels) be dismissed without prejudice from the above-captioned action.

DATED: October 1, 2009

> HOENNINGERLAW
>
> By: /s/ Jo Hoenninger
> Jo Hoenninger
> Attorney for Plaintiff
> ISHMAEL DELANEY

DATED: October 2, 2009

> RAINS LUCIA STERN, PC
>
> By: /s/ Ellen P. Rosenbluth
> Ellen P. Rosenbluth
> Attorneys for Defendant
> ANGEL RAMIREZ JR.

IT IS SO ORDERED.

DATED: October 5, 2009

/s/ Dennis L. Beck
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER TO DISMISS DEFS. ATLEY AND BEELS    1:07-cv-1219 LJO DLB