# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL DELANEY,<br><br>          Plaintiff,<br><br>   v.<br><br>TILTON, et al.,<br><br>          Defendants. | CASE NO. 1:07-cv-01219-LJO-DLB (PC)<br><br>ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE DENNIS L. BECK PURSUANT TO APPENDIX A(K)(4) OF THE LOCAL RULES<br><br>(Docs. 101, 107) |

     This is a civil rights action filed by Plaintiff Ishmael Delaney ("Plaintiff"), a state prisoner. Plaintiff consented to Magistrate Judge jurisdiction on October 1, 2009. (Doc. 107.) Defendant Angel Ramirez, the only Defendant remaining in this action, consented to Magistrate Judge jurisdiction on September 2, 2009. (Doc. 101.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, this action shall be assigned to United States Magistrate Judge Dennis L. Beck to conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

     Accordingly, it is HEREBY ORDERED that:

1. This action is assigned to United States Magistrate Judge Dennis L. Beck for all purposes within the meaning of 28 U.S.C. § 636(c);
2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Dennis L. Beck; and
3. The new case number shall be 1:07-cv-01219-DLB PC.

IT IS SO ORDERED.

Dated:    October 8, 2009              /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE