Jo Hoenninger, SBN 205222
HoenningerLaw
2358 Market Street
San Francisco, CA 94114
Telephone: 415.816.0440
Facsimile: 866.671.0096
Email: jo@hlawsf.com

Attorney for Plaintiff
Ishmael Delaney

Harry S. Stern, SBN 176854
Ellen P. Rosenbluth, SBN 196814
**RAINS LUCIA STERN, PC**
2300 Contra Costa Boulevard, Suite 230
Pleasant Hill, CA 94523
Telephone: 925.609.1699
Facsimile:  925.609.1690
Email: HStern@rlslawyers.com
Email: Erosenbluth@rlslawyers.com

Attorneys for Defendant
Angel Ramirez, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ISHMAEL DELANEY**<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>**JAMES E. TILTON, Secretary, California Department of Corrections; JAMES A. YATES, Warden, Pleasant Valley State Prison; ANGEL RAMIREZ, JR., an individual and DOES 1 through 25, inclusive,**<br><br>　　　　　　　Defendants. | CASE NO.  1:07-CV-1219 DLB<br><br>**STIPULATED SETTLEMENT AND ORDER**<br><br>Date Action Filed:   August 21, 2007<br><br>Settlement Judge:   Hon. Sandra M. Snyder |

**STIPULATION**

WHEREAS, on October 8, 2009, in open court, defendant Angel Ramirez Jr. (RAMIREZ) and Plaintiff Ishmael Delaney (DELANEY) (hereinafter, the PARTIES) agreed that DELANEY would dismiss this case against RAMIREZ in exchange for a $5000 payment on or before November 8, 2009; and a $250 per month garnishment of RAMIREZ's retirement pay for a period of 120 months; and

WHEREAS, California Government Code section 21255 prohibits garnishments of the type to which the parties agreed; and

WHEREAS, the PARTIES wish to stipulate to an alternate arrangement by which RAMIREZ can make $250 per month payments to DELANEY for a period of 120 months;

NOW THEREFORE, the PARTIES stipulate and agree that:

1. The $5000 payment due from RAMIREZ to DELANEY on or before November 8, 2009, has been fully satisfied.

2. RAMIREZ, or his estate, or successor in interest, will pay DELANEY $250 per month on or before the 7th of each month for a period of 120 months beginning in January of 2010. This payment will be made by electronic transfer directly into an account as designated by Plaintiff's counsel.

3. DELANEY will dismiss this case with prejudice against RAMIREZ in exchange for the above.

4. Should DELANEY need to return to court to enforce the terms of this settlement, RAMIREZ understands that he, or his estate or his successor in interest, will be responsible for paying all court costs as well as any attorneys' fees incurred by DELANEY. RAMIREZ further understands that failure to make payments completely and on time could result in a contempt citation.

Dated: December  31, 2009

    /s/ Angel Ramirez, Jr.
Angel Ramirez, Jr.

Dated: January 25, 2010

    /s/ Ishmael Delaney
Ishmael Delaney

Dated:  December  31, 2009               **RAINS LUCIA STERN, PC**

    /s/ Ellen P. Rosenbluth
By:  Ellen P. Rosenbluth
Attorneys for Defendant Angel Ramirez, Jr.

Dated:  December 18, 2009                **HOENNINGERLAW**

    /s/ Jo Hoenninger
By:  Jo Hoenninger
Attorney for Plaintiff Ishmael Delaney

ORDER

IT IS SO ORDERED.

Dated:  **March 13, 2010**             /s/ Dennis L. Beck
                                           UNITED STATES MAGISTRATE JUDGE