1  Jo Hoenninger, SBN 205222
   HoenningerLaw
2  2358 Market Street
   San Francisco, CA 94114
3  Telephone: 415.816.0440
   Facsimile: 866.671.0096
4  Email: jo@hlawsf.com

5  Attorney for Plaintiff
   Ishmael Delaney

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                           FRESNO DIVISION

11

12 **ISHMAEL DELANEY**

                                        CASE NO.  1:07-CV-1219 LJO DLB
13                          Plaintiff,

14

15              vs.                     **REQUEST FOR DISMISSAL AND
                                        PROPOSED ORDER**
16
   **JAMES E. TILTON, Secretary, California**   Date Action Filed:   August 21, 2007
17 **Department of Corrections; JAMES A.
   YATES, Warden, Pleasant Valley State**
18 **Prison; ANGEL RAMIREZ, JR., an**     Judge:      Hon. Dennis L. Beck
   **individual and DOES 1 through 25,**
19 **inclusive,**

20                         Defendants.

21

22

23

24

25

26

27

28

---

REQUEST FOR DISMISSAL AND [PROPOSED] ORDER                    CASE NO.  1:07-CV-1219 LJO DLB

**REQUEST**

Pursuant to the Stipulation of Settlement and Order signed by this Court on March 13, 2010 and Federal Rule of Civil Procedure 41(a)(2), Plaintiff Ishmael Delaney hereby requests that this Court dismiss this action with prejudice.

Dated: March 20, 2010

HOENNINGERLAW

/s/ Jo Hoenninger
Jo Hoenninger
Attorney for Plaintiff Ishmael Delaney

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), this case is dismissed with prejudice and the action is terminated.  This order serves as a final judgment for purposes of appeal.

IT IS SO ORDERED.

DATED: 22 March 2010

/s/ Dennis L. Beck
HON. DENNIS L. BECK
U. S. MAGISTRATE JUDGE